IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. EDWARD HENDRICKSON, <br><br>Plaintiffs-Relator, <br><br>v. <br><br>BANK OF AMERICA, N.A., WELLS FARGO BANK, N.A., CITIBANK, N.A., COMERICA BANK, WELLS FARGO BANK, N.A., as successor in interest to WACHOVIA BANK, N.A., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, COMPASS BANK, MANUFACTURERES & TRADERS TRUST COMPANY, SEACOAST NATIONAL BANK, FIFTH THIRD BANK, PNC BANK, N.A., THE NORTHERN TRUST COMPANY, FROST BANK, THE AMERICAN NATIONAL BANK OF TEXAS, CENTRUE BANK, and AMARILLO NATIONAL BANK, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:16-CV-292-M |

**UNOPPOSED MOTION TO EXTEND TIME**

Defendants[1] Bank of America, N.A., Wells Fargo Bank, N.A. (and Wells Fargo Bank, N.A. as successor in interest to Wachovia Bank, N.A.), Comerica Bank, JPMorgan Chase Bank, N.A., Compass Bank, Manufacturers and Traders Trust Company, Seacoast National Bank, Fifth Third Bank, PNC Bank, N.A., The Northern Trust Company, Frost Bank, American National Bank of Texas, Centrue Bank, and Amarillo National Bank (collectively, "the Defendant

---

[1] Defendant Citibank, N.A. has not appeared, but Relator's counsel does not oppose extending the requested relief to all Defendants, including Citibank.

1

Parties"), by their respective undersigned counsel, move pursuant to Fed. R. Civ. P. 6(b) for a brief extension of time until and including September 29, 2017 for each of the Defendant Parties to file an answer or to otherwise respond to the Amended Complaint. Pursuant to the Local Rules, a proposed Order that has been reviewed and approved by counsel for the Defendant Parties and by counsel for Relator Edward Hendrickson ("Relator") is being submitted contemporaneously herewith.

1. This action was filed by Relator on February 2, 2016 under the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. §3730(b)(1), alleging, among other things, that the Defendant Parties made false claims and otherwise violated the False Claims Act in connection with recurring federal payments through the ACH system for persons who had died. The matter was originally filed under seal to allow the U.S. Department of Justice ("DOJ") a period of time to evaluate whether to intervene and take over the action. DOJ subsequently filed a pleading entitled "The United States of America's Notice of Declination" on March 30, 2017 (Docket 11). Thereafter, Relator filed an Amended Complaint on July 20, 2017 (Docket 20) and various requests for summonses were filed with the Clerk on July 24, 2017. No deadline for a responsive pleading has yet expired for any Defendant Party that is seeking the extension of time sought by this Unopposed Motion.

2. The Amended Complaint covers 31 pages and makes broad ranging allegations covering many years and the business practices of 16 different banks, scattered across the country. The Defendant Parties accordingly seek a brief extension of time to answer or to otherwise respond to the Amended Complaint in order to allow the Defendant Parties time to appropriately review the Amended Complaint and to appropriately respond to it. In addition, this brief extension of time requested will allow the Defendant Parties the opportunity to explore

potential coordination regarding any motion(s) to dismiss that one or more of the Defendant Parties may choose to assert in response to the Amended Complaint.

3. Accordingly, the brief extension of time requested by the Defendant Parties to answer or to otherwise respond to the Amended Complaint will advance the Court's full consideration of potentially dispositive issues in this action while also allowing adequate time for the Defendant Parties to explore potential coordination.

4. This unopposed motion is not sought for purposes of delay.

WHEREFORE, the Parties respectfully request that this Honorable Court:

A. GRANT this Unopposed Motion to Extend Time;

B. GRANT each of the Defendant Parties an extension of time until and including September 29, 2017 to answer or to otherwise respond to the Amended Complaint; and

C. AWARD such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Gregory C. Cook
Gregory C. Cook (Admitted *pro hac vice*)
(Bar No. 24084974)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
E-mail: gcook@balch.com
Telephone: (205) 251-8100
Facsimile: (205) 226-8799

ATTORNEY FOR COMPASS BANK

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV
Winston & Strawn LLP
2501 N. Harwood St., 17th Floor
Dallas, TX  75201
E-mail: twalsh@winston.com
Telephone: 214-453-6460
Facsimile: 214-453-6400

ATTORNEY FOR BANK OF AMERICA, N.A.,
COMERICA BANK, AND PNC BANK, N.A.


/s/ Justin R. Opitz
Justin R. Opitz, SBN:  24051140
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
E-mail: jopitz@mcguirewoods.com
Telephone:  214-932-6400
Facsimile:   214-932-6499

/s/ Jeremy S. Byrum
Jeremy S. Byrum (*pro hac vice* to be filed)
McGuire Woods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
E-mail: jbyrum@mcguirewoods.com
Telephone: 804-775-4305
Facsimile: 804-698-2080

ATTORNEYS FOR WELLS FARGO BANK, N.A.
AND WACHOVIA BANK, N.A.


/s/ David W. Klaudt
David W. Klaudt
  Texas Bar No. 00796073
  klaudtd@gtlaw.com
Jason M. Hopkins
  Texas Bar No. 24059969
  hopkinsjm@gtlaw.com
GREENBERG TRAURIG LLP
2200 Ross Avenue, Suite 5200

Dallas, Texas 75201
Telephone: (214) 665-3660
Facsimile: (214) 665-5960

ATTORNEYS FOR JP MORGAN CHASE BANK


/s/ Michael J. Bronson
Michael J. Bronson (Bar No. 0074448OH)
Dinsmore & Shohl LLP
255 E. Fifth St.
Suite 1900
Cincinnati, OH 45202
E-mail: michael.bronson@dinsmore.com
Telephone: 513-977-8200
Facsimile: 513-977-8141

Anthony J. Campiti (State Bar No. 00798092)
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533
Tel: 214-969-1565
Fax: 214-969-1549
Email: tony.campiti@tklaw.com

ATTORNEYS FOR FIFTH THIRD BANK


/s/ M. Chad Berry
M. Chad Berry (Bar No. 24001730)
Stacy B. Loftin (Bar No. 12489500)
Adams, Lynch & Loftin, P.C.
3950 Highway 360
Grapevine, Texas 76051-6741
E-mail: cberry@all-lawfirm.com
E-mail: sbl@all-lawfirm.com
Telephone: 817-552-7742
Facsimile: 817-328-2942

ATTORNEYS FOR FROST BANK

/s/ Pat Huttenbach
William P. "Pat" Huttenbach (Bar No. 24002330)
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana, 36th Floor,
Houston, Texas 77002
Main – (713) 223-5181
Fax – (713) 223-9319
whuttenbach@hirschwest.com

ATTORNEYS FOR AMERICAN NATIONAL
BANK OF TEXAS


/s/ Daniel P. Callahan
Daniel P. Callahan
State Bar No. 03648700
Kessler & Collins PC
2100 Ross Avenue, Suite 750
Dallas, TX 75201-6707
P: (214) 379-0735 / F: (214) 373-4714
E-mail: DCallahan@kesslercollins.com

W. Scott Turnbull (*pro hac vice* to be filed)
Florida Bar No. 0038626
Crary Buchanan, P.A.
759 SW Federal Hwy, Ste 106
Stuart, FL 34994-2936
P: (772) 287-2600 / F: (772) 223-4373
E-mail: Turnbull@CraryBuchanan.com
E-mail: Kali@crarybuchanan.com

ATTORNEYS FOR SEACOAST NATIONAL
BANK

/s/ Mike Smiley
Mike Smiley
State Bar No. 18526550
Underwood Law Firm
500 S. Taylor St., Suite 1200
Amarillo, TX 79101
Phone: (806) 379-0344
Fax: (806) 349-9485
Email: mike.smiley@uwlaw.com

Cara Kennemer
State Bar No. 24036489
Underwood Law Firm
1008 Macon St., Suite 101
Fort Worth, TX 76102
Phone: (817) 885-7529
Fax: (817) 977-0880
Email: cara.kennemer@uwlaw.com

C. Jason Fenton
State Bar No. 24087505
Underwood Law Firm
500 S. Taylor St., Suite 1200
Amarillo, TX 79101
Phone: (806) 379-0304
Fax: (806) 242-0564
Email: jason.fenton@uwlaw.com


ATTORNEYS FOR AMARILLO NATIONAL BANK


*/s/ Kenneth E. Broughton*
Kenneth E. Broughton
Federal ID No. 13428
State Bar No. 03087250
811 Main Street, Suite 1700
Houston, Texas   77002-6110
Telephone:   713.469.3819
Telecopier:   713.469.3899
kbroughton@reedsmith.com

ATTORNEY-IN-CHARGE
FOR DEFENDANT M&T BANK

Michael H. Bernick
Federal ID No. 1439062
State Bar No. 24078227
REED SMITH, LLP
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: 713.469.3834
Telecopier: 713.469.3899
mbernick@reedsmith.com

Roy W. Arnold
(Pa. I.D. No. 70544) (*pro hac vice* forthcoming)
REED SMITH, LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Phone: (412) 288-3916
Facsimile: (412) 288-3063
Email: rarnold@reedsmith.com

ATTORNEYS FOR DEFENDANT M&T BANK

/s/ Craig C. Martin
Craig C. Martin (*pro hac vice* to be filed)
Illinois Bar No. 6201581
Michele L. Slachetka (*pro hac vice* to be filed)
Illinois Bar No. 6297640
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
E-mail: cmartin@jenner.com
E-mail: mslachetka@jenner.com
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

/s/ Ronald W. Breaux
Ronald W. Breaux
State Bar No. 02937200
Haynes and Boone LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
E-mail: ron.breaux@haynesboone.com
Telephone: (214) 651-5688
Facsimile: (214) 200-0376

ATTORNEYS FOR THE NORTHERN TRUST COMPANY

  */s/ Nicholas O. Kennedy*
Brian J. Hurst
brian.hurst@bakermckenzie.com
Texas Bar No. 10313300
Nicholas O. Kennedy
Texas Bar No. 24087841
nicholas.kennedy@bakermckenzie.com
BAKER &MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
214.978.3000—Telephone
214.978.3099—Facsimile

and

Joseph B. VanFleet (*pro hac vice* to be filed)
jvanfleet@HowardandHoward.com
Timothy D. Gronewold (*pro hac vice* to be filed)
tgronewold@HowardandHoward.com
HOWARD & HOWARD
211 Fulton Street, Suite 600
Peoria, Illinois 61602
309.999.6317 – Telephone
309.672.1568 – Facsimile

ATTORNEYS FOR DEFENDANT
CENTRUE BANK

**CERTIFICATE OF CONFERENCE**

I, Gregory C. Cook, counsel for Compass Bank, hereby certify pursuant to Local Rule 7.1(a) & (b) that I previously conferred with Counsel for Relator and that Counsel for Relator has confirmed that (i) Relator does not oppose the extension sought by the Defendant Parties in this Unopposed Motion and (ii) Relator does not oppose the entry of the Proposed Order submitted herewith.

/s/ Gregory C. Cook
Gregory C. Cook

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are served with a copy of this document via the Court's EM/ECF System on August 14, 2017, per Local Rule 5.1(e).

/s/ Gregory C. Cook
Gregory C. Cook