IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. EDWARD HENDRICKSON, <br><br>Plaintiffs-Relator, <br><br>v. <br><br>BANK OF AMERICA, N.A., WELLS FARGO BANK, N.A., CITIBANK, N.A., COMERICA BANK, WELLS FARGO BANK, N.A., as successor in interest to WACHOVIA BANK, N.A., JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, COMPASS BANK, MANUFACTURERS & TRADERS TRUST COMPANY, SEACOAST NATIONAL BANK, FIFTH THIRD BANK, PNC BANK, N.A., THE NORTHERN TRUST COMPANY, FROST BANK, THE AMERICAN NATIONAL BANK OF TEXAS, CENTRUE BANK, and AMARILLO NATIONAL BANK, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:16-CV-292-M |

**ORDER**

Before the Court is Defendants' Unopposed Motion to Extend Time [ECF No. 36]. The Motion is **GRANTED**. The deadline to answer or otherwise respond to the Amended Complaint is September 29, 2017.

**SO ORDERED.**

August 15, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE