IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. EDWARD HENDRICKSON,<br><br>    Plaintiffs-Relator,<br><br>v.<br><br>BANK OF AMERICA, N.A., WELLS FARGO BANK, N.A., CITIBANK, N.A., COMERICA BANK, WELLS FARGO BANK, N.A., as successor in interest to WACHOVIA BANK, N.A., JPMORGAN CHASE BANK, N.A., COMPASS BANK, MANUFACTURERES & TRADERS TRUST COMPANY, SEACOAST NATIONAL BANK, FIFTH THIRD BANK, PNC BANK, N.A., THE NORTHERN TRUST COMPANY, FROST BANK, THE AMERICAN NATIONAL BANK OF TEXAS, CENTRUE BANK, and AMARILLO NATIONAL BANK,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>3:16-CV-292-M |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S
RULE 7.1 CERTIFICATE OF INTERESTED PERSONS**

Defendant JPMorgan Chase Bank, N.A. ("Chase") files this Certificate of Interested Persons pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.4 and states:

Chase is a wholly-owned subsidiary of Non-Party JPMorgan Chase & Co. JPMorgan Chase & Co. (NYSE: JPM) is a publicly held corporation and no publicly held corporation other than JPMorgan Chase & Co. owns more than ten percent of Chase's stock. Other than the parties and the United States government, Chase is not aware of any person or entity financially interested in the outcome of this case.

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S RULE 7.1
CERTIFICATE OF INTERESTED PERSONS – PAGE 1**

Respectfully submitted,

/s/ Jason M. Hopkins
David W. Klaudt
Texas Bar No. 00796073
  klaudtd@gtlaw.com
Jason M. Hopkins
  Texas Bar No. 24059969
  hopkinsjm@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
(214) 665-3660 - office
(214) 665-5960 - facsimile

**ATTORNEYS FOR JPMORGAN CHASE BANK, N.A.**

## CERTIFICATE OF SERVICE

I certify that I served the foregoing document on all counsel of record via the Court's CM/ECF system on August 15, 2017.

/s/ Jason M. Hopkins
Jason M. Hopkins