UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| United States ex rel. Edward Hendrickson §<br>*Plaintiff* §<br>§<br>§<br>v. §<br>§<br>§<br>§<br>Bank of America, N.A., et al. §<br>*Defendant* § | Case No. 3:16-cv-00292-M |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Greenberg Traurig, LLP                                                                  , with offices at

77 West Wacker Drive, Suite 3100
(Street Address)

| Chicago | Illinois | 60601 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| +1 312 456 1066 | +1 312 456 8435 |
|---|---|
| (Telephone No.) | (Fax No.) |

**II.**  Applicant will sign all filings with the name Matthew J. Cannon                                  .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

JPMorgan Chase Bank, N.A.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.    Applicant is a member in good standing of the bar of the highest court of the state of _____Illinois_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified: _____

Bar license number: _6242637_     Admission date: _11/06/1997_

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Northern District of Illinois | 12/18/1997 | Active |
| Central District of Illinois | 1/21/2003 | Active |
| 7th Circuit | 09/16/2005 | Active |
| 8th Circuit | 02/14/2005 | Active |

VI.    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

VIII.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

n/a

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Jason M. Hopkins, Greenberg Traurig LLP                                      , who has offices at

2200 Ross Avenue, Suite 5200
(Street Address)

Dallas                          Texas              75201
(City)                          (State)            (Zip Code)

214-665-3660                    214-665-3601
(Telephone No.)                 (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the  18   day of August                     , 2017    .

Matthew J. Cannon
Printed Name of Applicant

*[signature]*
Signature

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Matthew Joseph Cannon

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/06/1997 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 16th day of August, 2017.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois