IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**SPECIAL ORDER 3-318**

The cases listed on Exhibit A to this order are hereby transferred to Judge Karen Gren Scholer's docket and shall henceforth be designated by the suffix letter "S."

The Clerk of Court is directed to notify each attorney by providing the attorney a copy of this order and Exhibit A.

**SO ORDERED.**

March 8, 2018

BARBARA M.G. LYNN
CHIEF JUDGE

| | | CASES TO BE TRANSFERRED<br>FROM THE DOCKET OF JUDGE JANE J. BOYLE<br>TO JUDGE KAREN GREN SCHOLER |
|---|---|---|
| 1 | 3:15-CV-0758-B | Thompson, et al v. International Paper Company |
| 2 | 3:15-CV-1186-B | Owens v. STMicroelectronics Inc |
| 3 | 3:15-CV-2183-B | Insurance Safety Consultants LLC et al v. Nugent |
| 4 | 3:15-CV-3454-B | EuroTec Vertical Flight Solutions LLC v. Safran Helicopter Engines, et al |
| 5 | 3:15-CV-3792-B | Express Working Capital LLC v. One World Cuisine Group LLC, et al |
| 6 | 3:16-CV-0441-B | Jamison v. Fluor Corporation et al |
| 7 | 3:16-CV-0448-B | White et al. v. Southwestern Correctional LLC et al |
| 8 | 3:16-CV-1147-B | Navarro v. American Matar International et al |
| 9 | 3:16-CV-1621-B | RE Closing LLC et al v. Bronson Masonry LLC et al |
| 10 | 3:16-CV-1919-B | Porter v. City of Dallas |
| 11 | 3:16-CV-2043-B | Old Republic General Insurance Corp et al v. Martin Marietta Materials Inc |
| 12 | 3:16-CV-2358-B | Laning et al v. National Recall & Data Services Inc et al |
| 13 | 3:16-CV-2499-B | Santander Consumer USA Inc v. Maywood Motors Inc |
| 14 | 3:16-CV-2579-B | Adelman v. Dallas Area Rapid Transit et al |
| 15 | 3:16-CV-2814-B | United States of America v. 0.2853 Acres of Land et al |
| 16 | 3:16-CV-3006-B | Ramirez v. Allstate Vehicle and Property Insurance Company |
| 17 | 3:16-CV-3310-B | Santander Consumer USA Inc v. Zeigler Chrysler |
| 18 | 3:16-CV-3485-B | Lindsey v. United Parcel Service Inc |
| 19 | 3:17-CV-0019-B | Stewart v. AutoRevo LTD et al |
| 20 | 3:17-CV-0336-B | Fracalossi v. MoneyGram Pension Plan et al |
| 21 | 3:17-CV-0663-B | Johnson v. BOKF National Association |
| 22 | 3:17-CV-0691-B | Ranieri et al v. Advocare International LP et al |
| 23 | 3:17-CV-0747-B | Martin v. United States of America |
| 24 | 3:17-CV-0832-B | Pamphile v. Allstate Texas Lloyds |
| 25 | 3:17-CV-0854-B | XYZ Media Inc v. Mark Maris et al |
| 26 | 3:17-CV-1605-B | Sharp Mexican Partners LP et al v. Republic Waste Services of Texas Ltd. |
| 27 | 3:17-CV-1701-B | Nguyen et al v. Versacom LLC et al |
| 28 | 3:17-CV-1705-B | Madison v. Courtney et al |
| 29 | 3:17-CV-1712-B | Federated National Insurance Company Inc v. Loredo |
| 30 | 3:17-CV-1735-B | Arch Insurance Company et al v. Tender Choice Foods Inc., et al |
| 31 | 3:17-CV-1758-B | Upshaw v. Erath County |
| 32 | 3:17-CV-1762-B | Fowler  v. Coates et al |
| 33 | 3:17-CV-1836-B | Berkley Ins. Co. v. Next Health LLC |
| 34 | 3:17-CV-2051-B | Fifty50 Medical LLC v. H&H Wholesale Services Inc. |
| 35 | 3:17-CV-2067-B | City National Rochdale Fixed Income Opportunities  v. American General Life |
| 36 | 3:17-CV-2124-B | Williams v. City of Frisco, Texas |
| 37 | 3:17-CV-2278-B | Carter v. Transport Workers Union of America Local 556 |
| 38 | 3:17-CV-2575-B | Potts v. Walgreen Co. |
| 39 | 3:17-CV-2658-B | Communications Tower Group LLC v. City of McLendon-Chisholm et al |
| 40 | 3:17-CV-2690-B | Deiry v. Synchrony Bank |
| 41 | 3:17-CV-2766-B | Thurnau v. Mountain Valley Country Club, Inc. et al |
| 42 | 3:17-CV-2821-B | Ahmed et al v. Bank of New York Mellon |
| 43 | 3:17-CV-2857-B | Hayward & Associates PLLC v. Comerica Bank |
| 44 | 3:17-CV-2971-B | Montage Mortgage LLC v. Pacific Union Financial LLC et al |
| 45 | 3:17-CV-3320-B | Anderson v. Nationstar Mortgage, LLC |

| | | CASES TO BE TRANSFERRED<br>FROM THE DOCKET OF JUDGE A. JOE FISH<br>TO JUDGE KAREN GREN SCHOLER |
|---|---|---|
| 46 | 3:15-CV-0793-G | Clyce, et al. v. Butler, et al. |
| 47 | 3:16-CV-2410-G | I Love Omni, LLC, et al. v. Omnitrition |
| 48 | 3:16-CV-3148-G | Dennis v. United States |
| 49 | 3:16-CV-3206-G | Yuri (URI) Kasparov v. Ambit Texas, LLC |
| 50 | 3:16-CV-3255-G | CSI Litigation v. DecisionQuest |
| 51 | 3:17-CV-0553-G | Bed-Village Oaks v. Seneca Specialty Ins. Co. |
| 52 | 3:17-CV-0771-G | Mooney v. Paychex, Inc. |
| 53 | 3:17-CV-0991-G | IBEW-NECA v. Mathieu Electric Company |
| 54 | 3:17-CV-1289-G | Frigate Enterprises v. Trinity Land & Minerals |
| 55 | 3:17-CV-1510-G | Beer v. Zurich American Insurance co. |
| 56 | 3:17-CV-1609-G | Savithri v. Xilinx, Inc. |
| 57 | 3:17-CV-1769-G | ECAP Holdings v. Quixotic Farming, LLC |
| 58 | 3:17-CV-1905-G | Lane v. Quality Companies, LLC |
| 59 | 3:17-CV-1931-G | Bennett v. James River Insurance Co. |
| 60 | 3:17-CV-1936-G | Trinity Industries Leasing Co. v. Hexion, Inc. |
| 61 | 3:17-CV-2034-G | Myles v. BT Garland JV LLP |
| 62 | 3:17-CV-2284-G | Leach v. Leon-Ramirez, et al. |
| 63 | 3:17-CV-2386-G | Lanier v. UPS Ground Freight |
| 64 | 3:17-CV-2461-G | Britton v. Apple, Inc. |
| 65 | 3:17-CV-2471-G | McColl v. HG Dallas Consulting, LLC |
| 66 | 3:17-CV-2522-G | Kemp v. Caliber Home Loans, Inc. |
| 67 | 3:17-CV-2647-G | James, et al. v. Real Source Management, LLC |
| 68 | 3:17-CV-2730-G | Cannady v. Hewlett Packard Co. |
| 69 | 3:17-CV-2830-G | Lafler v. Aspermont Small Business Dev. Center |
| 70 | 3:17-CV-3086-G | Winn v. Certified Payment Processing |
| 71 | 3:17-CV-3138-G | West v. Custom Air Services |
| 72 | 3:18-CV-0082-G | Pace IV, LLC v. Depositors Insurance Co. |
| | | CASES TO BE TRANSFERRED<br>FROM THE DOCKET OF JUDGE DAVID C. GODBEY<br>TO JUDGE KAREN GREN SCHOLER |
| 73 | 3:16-CV-1640-N | Lewis v. Methodist |
| 74 | 3:16-CV-1832-N | Davis v. Davis |
| 75 | 3:16-CV-2382-N | Tilley v. Union Pacific |
| 76 | 3:16-CV-2448-N | BRG v. O'Connell |
| 77 | 3:16-CV-2538-N | Engle v. Davis |
| 78 | 3:16-CV-2970-N | Riley v. CitiMortgage |
| 79 | 3:16-CV-3109-N | Zamarripa v. Farrakhan |
| 80 | 3:17-CV-0003-N | Brantley v. Davis |
| 81 | 3:17-CV-0067-N | Kipp v. Laubach |
| 82 | 3:17-CV-0366-N | Ferguson v. Nova Academy |
| 83 | 3:17-CV-0769-N | Kirk v. Rescare |
| 84 | 3:17-CV-0976-N | Morvant v. Dallas Airmotive |
| 85 | 3:17-CV-1093-N | Hunter v. Pitre |
| 86 | 3:17-CV-1258-N | Long v. Wehner |
| 87 | 3:17-CV-1264-N | Andre v. Hartford |
| 88 | 3:17-CV-1513-N | Moore v. Kia |
| 89 | 3:17-CV-1575-N | Duse v. Mastec |
| 90 | 3:17-CV-1632-N | Loughran v. Kia |

| 91  | 3:17-CV-1749-N | Lennox v. Marriott |
|-----|----------------|--------------------|
| 92  | 3:17-CV-1895-N | Maker v. Perry |
| 93  | 3:17-CV-2001-N | Siddhantam v. Sessions |
| 94  | 3:17-CV-2090-N | Next Generation v. Quicklabs |
| 95  | 3:17-CV-2155-N | Yiru v. Woldventures |
| 96  | 3:17-CV-2177-N | Miller v. US |
| 97  | 3:17-CV-2250-N | Delarosa v. Berryhill |
| 98  | 3:17-CV-2317-N | Quinones v. Wal-Mart |
| 99  | 3:17-CV-2590-N | Long v. Allstate |
| 100 | 3:17-CV-2619-N | Callahan v. Jessup |
| 101 | 3:17-CV-2675-N | Bennett v. Auxilius |
| 102 | 3:17-CV-2683-N | Handy v. Capital One |
| 103 | 3:17-CV-2800-N | Union Pacific v. Swehla |
| 104 | 3:17-CV-2935-N | Chandler v. US |
| 105 | 3:17-CV-3035-N | May v. American Southern |
| 106 | 3:17-CV-3059-N | CPM v. Capsugel |
| 107 | 3:17-CV-3161-N | Cooper v. Nationstar |
| 108 | 3:17-CV-3222-N | Burks v. 24 Hours Fitness |
| 109 | 3:17-CV-3239-N | Curtis Kindred v. Thornberry |
| 110 | 3:17-CV-3353-N | Carson v. Ocwen |
| 111 | 3:17-CV-3468-N | Barron v. Hossain |
| 112 | 3:18-CV-0042-N | Moore v. Hernandez |
| 113 | 3:18-CV-0133-N | Thurston v. Local 20 |
| 114 | 3:18-CV-0166-N | Winn v. Davis |
| 115 | 3:18-CV-0295-N | Morga v. Life Ins. Co. |
| 116 | 3:18-CV-0347-N | Villatoro v. JB Hunt |
|  | | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE SIDNEY A. FITZWATER TO JUDGE KAREN GREN SCHOLER |
| 117 | 3:15-CV-1700-D | Simmons v. Jackson |
| 118 | 3:15-CV-3415-D | Town of Davie v. Pier 1 |
| 119 | 3:15-CV-3481-D | Mercado v. Dallas County |
| 120 | 3:16-CV-1093-D | Sanders v. Latshaw Drilling Co. |
| 121 | 3:16-CV-1260-D | K.C. South RR v. Lone Star |
| 122 | 3:16-CV-1399-D | Vandling v. XRC LLC |
| 123 | 3:16-CV-1442-D | Jones v. Bragg |
| 124 | 3:16-CV-1471-D | Alvarez v. Cmty. Educ. Ctrs. |
| 125 | 3:16-CV-2311-D | Ginsburg v. ICC |
| 126 | 3:16-CV-2398-D | Springboards to Education v. Demco |
| 127 | 3:16-CV-2468-D | Cruz v. Weber-Stephen Prods. |
| 128 | 3:16-CV-2537-D | Liccardi v. Delta Personnel |
| 129 | 3:16-CV-2649-D | Synergy Strategic v. Totus |
| 130 | 3:16-CV-2916-D | RS v. Highland Park ISD |
| 131 | 3:16-CV-2940-D | Afriyie v. City of Dallas |
| 132 | 3:16-CV-3021-D | Architettura v. DSGN |
| 133 | 3:16-CV-3197-D | Arceo et al v. Omni Hotels Management Corporation |
| 134 | 3:16-CV-3248-D | U.S.A. ex rel. v. Career Opportunities |
| 135 | 3:16-CV-3317-D | Henderson v. Dallas |
| 136 | 3:16-CV-3470-D | Arthritis Treatment of Texas v. Price |
| 137 | 3:17-CV-0035-D | Herrera v. All State |
| 138 | 3:17-CV-0332-D | Jefferies v. WTW |
| 139 | 3:17-CV-0637-D | Shipman v. Baylor |
| 140 | 3:17-CV-1147-D | Basic Capital v. Dynex Capital |

| 141 | 3:17-CV-1125-D | LeHigh Southwest v. Liberty Mut. |
|---|---|---|
| 142 | 3:17-CV-1250-D | Rashti v. Bank of Am. |
| 143 | 3:17-CV-1424-D | Dawes v. City of Dallas |
| 144 | 3:17-CV-1487-D | JC v. Quinlan ISD |
| 145 | 3:17-CV-1583-D | ADT v. Comm'cns Workers |
| 146 | 3:17-CV-1618-D | Santander v. Tate's |
| 147 | 3:17-CV-1619-D | Santander v. Tate's |
| 148 | 3:17-CV-1660-D | Santander v. Tate's |
| 149 | 3:17-CV-1717-D | Santander v. Tate's |
| 150 | 3:17-CV-1835-D | Mathis v. Stevens |
| 151 | 3:17-CV-2021-D | Hutcheson v. Dallas |
| 152 | 3:17-CV-2022-D | RehabCare v. DTD |
| 153 | 3:17-CV-2099-D | Schoppe et al v. Specialized Loan Servicing |
| 154 | 3:17-CV-2156-D | Hogan v. Monster |
| 155 | 3:17-CV-2300-D | Trendsetter HR v. Zurich |
| 156 | 3:17-CV-2399-D | ECL Grp. v. Mass |
| 157 | 3:17-CV-2465-D | Canada v. U.S. IRS |
| 158 | 3:17-CV-2904-D | Caploc v. Am. Sw. |
| 159 | 3:17-CV-2981-D | Randolph v. Dallas Independent School District |
| 160 | 3:17-CV-3027-D | Arnone v. Syed |
| 161 | 3:17-CV-3270-D | Advanced Tech. Grp. Inc v. Sperlonga Data & Analytics Sys. |
| 162 | 3:17-CV-3376-D | JetPay Corporation v. United States of America |
| 163 | 3:18-CV-0070-D | Hunt v. Kroger Texas |
|  | | CASES TO BE TRANSFERRED FROM THE DOCKET OF CHIEF JUDGE BARBARA M.G. LYNN TO JUDGE KAREN GREN SCHOLER |
| 164 | 3:15-CV-3509-M | Ryerson v. Colvin |
| 165 | 3:16-CV-0292-M | USA ex rel. Hendrickson v. Bank of America, NA |
| 166 | 3:16-CV-0793-M | Robbins v. XTO Energy Inc. |
| 167 | 3:16-CV-0956-M | McKinney Square Properties No 1 Ltd. v. Seneca Insurance Company Inc. |
| 168 | 3:16-CV-1835-M | Edmonds v. USA |
| 169 | 3:16-CV-1975-M | SEALED CASE |
| 170 | 3:16-CV-2364-M | AdvancePierre Foods Inc. Group Health Plan v. Jones |
| 171 | 3:16-CV-2657-M | Frazier v. Dallas/Fort Worth International Airport Board |
| 172 | 3:16-CV-2879-M | Cunningham v. TechStorm LLC |
| 173 | 3:16-CV-3051-M | Gustafson v. Dallas Behavioral Healthcare Hospital LLC et al |
| 174 | 3:16-CV-3334-M | Clarke, et al v. Texmasters Express Medical Couriers |
| 175 | 3:16-CV-3349-M | Sun Life Assurance Co. of Canada v. Hieb and Daniels |
| 176 | 3:16-CV-3389-M | Full Circle Integration LLC v. Lockheed Martin Corporation |
| 177 | 3:17-CV-0243-M | United Healthcare Services Inc. v. Next Health LLC |
| 178 | 3:17-CV-0337-M | Cunningham v. Nationwide Security Solutions, Inc. |
| 179 | 3:17-CV-0472-M | Arrington v. Jackson National Life Insurance Co. |
| 180 | 3:17-CV-0906-M | Conway v. Allstate Vehicle and Property Insurance Company |
| 181 | 3:17-CV-1050-M | Davis v. Anthem Blue Cross Blue Shield |
| 182 | 3:17-CV-1282-M | Rivers v. Capital One Financial |
| 183 | 3:17-CV-1301-M | Briones v. Braum's Inc. |
| 184 | 3:17-CV-1375-M | Batayeh v. Santander Consumer USA Inc. |
| 185 | 3:17-CV-1404-M | McCord v. State Farm Lloyds |
| 186 | 3:17-CV-1436-M | Moore et al v. Payson Petroleum Grayson LLC et al |
| 187 | 3:17-CV-2087-M | Nguyen v. Dinh |
| 188 | 3:17-CV-2105-M | One Hit Wonder Inc. v. AOP Ventures Inc. |
| 189 | 3:17-CV-2311-M | Philadelphia Indemnity Ins Co. v. Home Depot USA, Inc. |
| 190 | 3:17-CV-2355-M | Shive v. Merriam Investments LLC |

| | | |
|---|---|---|
| 191 | 3:17-CV-2401-M | Texas Field Investment, Inc. v. Koster |
| 192 | 3:17-CV-2432-M | Lampkin v. Safeco Insurance Co. of Indiana |
| 193 | 3:17-CV-2692-M | Joiner v. USA |
| 194 | 3:17-CV-2693-M | Gomez et al v. ASI Lloyds |
| 195 | 3:17-CV-2769-M | Kemper Corporate Services, Inc. v. Computer Sciences Corporation |
| 196 | 3:17-CV-3067-M | NavWorx, Inc. v. Aspen Avionics, LLC |
| 197 | 3:17-CV-3125-M | Hudgins v. Ameriprise |
| 198 | 3:17-CV-3136-M | Baggett v. Oncor Electric Delivery Company LLC |
| 199 | 3:17-CV-3183-M | Christensen v. Gaines Investment Trust |
| 200 | 3:17-CV-3475-M | Hansen v. Signature Healthcare Services LLC |
| 201 | 3:18-CV-0132-M | Warren v. Signature Healthcare Services LLC |
|  | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE SAM A. LINDSAY TO JUDGE KAREN GREN SCHOLER | |
| 202 | 3:16-CV-0549-L | McClaskey et al. v. Match Group, Inc., et al. |
| 203 | 3:16-CV-0803-L | USA et al. v. Legacy Heart Care LLC, et al. |
| 204 | 3:16-CV-0954-L | Cardona v. Cooper Aerobics Enterprises Inc. et al. |
| 205 | 3:16-CV-1769-L | Slim v. Abuzaid |
| 206 | 3:16-CV-2413-L | Liebbe v. Dallas Independent School District |
| 207 | 3:16-CV-2795-L | Seastrunk v. Entegris Inc. |
| 208 | 3:16-CV-3039-L | SEALED CASE |
| 209 | 3:16-CV-3162-L | Owens v. Dallas County Community College District |
| 210 | 3:17-CV-0109-L | Newby, et al. v. Bearup, et al. |
| 211 | 3:17-CV-0267-L | Fairview Hospitality LLC v. State Bank of Texas, et al. |
| 212 | 3:17-CV-0496-L | Cramer v. Allstate Lloyds |
| 213 | 3:17-CV-0675-L | Stancu v. Hyatt Corporation/Hyatt Regency Dallas |
| 214 | 3:17-CV-0676-L | Bewley, et al. v. Accel Logistics Inc. |
| 215 | 3:17-CV-0716-L | Adams v. Rushing, et al. |
| 216 | 3:17-CV-0757-L | Allcapcorp Ltd v. CHC Consulting LLC |
| 217 | 3:17-CV-0883-L | Reyes v. TopGolf International Inc., et al. |
| 218 | 3:17-CV-1345-L | Berghorn v. Xerox Corporation |
| 219 | 3:17-CV-1415-L | SEALED CASE |
| 220 | 3:17-CV-1494-L | Vazquez v. Mcguyer Homebuilders Inc., et al. |
| 221 | 3:17-CV-1922-L | O'Donnell v. Zavala Diaz, et al. |
| 222 | 3:17-CV-1960-L | American Security Insurance Company v. Greene |
| 223 | 3:17-CV-2057-L | Hernandez v. Arc Trading Company, et al. |
| 224 | 3:17-CV-2062-L | TSI Products Inc. v. The Armor All/STP Products Company |
| 225 | 3:17-CV-2366-L | Ball v. Life Insurance Company of North America |
| 226 | 3:17-CV-2526-L | Petty v. Great West Casualty Company, et al. |
| 227 | 3:17-CV-2582-L | Haltom v. Metro. Lloyds Insurance Company of Texas, et al. |
| 228 | 3:17-CV-2750-L | Rambo v. Uplift Education |
| 229 | 3:17-CV-2877-L | Grant v. Service First Distribution Company, LLP |
| 230 | 3:17-CV-2888-L | Akers v. Kia Motors America, Inc. |
| 231 | 3:17-CV-2982-L | Matonis v. Aetna Health Inc. |
| 232 | 3:17-CV-3022-L | Toyota Motor Credit Corporation, et al. v. Brinkley |
| 233 | 3:17-CV-3040-L | Jennings v. Towers Watson, et al. |
| 234 | 3:17-CV-3190-L | SEALED CASE |
| 235 | 3:17-CV-3219-L | BBX Operating LLC v. Bank of America NA |
| 236 | 3:17-CV-3255-L | Blanks v. Crimstone AAA Operating Company LLP, et al. |
| 237 | 3:17-CV-3303-L | Warren v. Rochelle |
| 238 | 3:18-CV-0008-L | Mercury Operating LLC, et al. v. Seidel |
| 239 | 3:18-CV-0037-L | Butler v. Collins, et al. |